**2006–2146. State v. Green.**
Montgomery App. No. 21254, 2006-Ohio-4397. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–2148. State v. Warren.**
Cuyahoga App. No. 86854, 2006-Ohio-4104. On motion for leave to file delayed appeal. Motion granted.
MOYER, C.J., O'DONNELL and LANZINGER, JJ., dissent.

**2006–2154. State v. Johnson.**
Butler App. No. CA2005–10–422, 2006-Ohio-5195. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry filed October 31, 2006:
"Whether a trial court is required to impose consecutive sentences when a defendant is convicted of multiple counts of an offense listed in R.C. 2929.13(F)."
MOYER, C.J., and LANZINGER, J., dissent.
The conflict case is *State v. Sharp,* Allen App. No. 1–02–06, 2002-Ohio-2342.

**2006–2156. State v. Day.**
Cuyahoga App. No. 79368, 2002-Ohio-669 and 2005-Ohio-281. On motion for leave to file delayed appeal. Motion denied.

**2006–2183. Hutchings v. Childress.**
Delaware App. No. 05CAE05–031, 2006-Ohio-3925. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Judgment Entry filed November 17, 2006:
"Whether spouses can recover the income lost due to one spouse caring for another or whether they may only recover the cost to hire outside home health care."
MOYER, C.J., O'DONNELL and LANZINGER, JJ., dissent.
The conflict case is *Depouw v. Bichette,* 162 Ohio App.3d 336, 2005-Ohio-3695.
Sua sponte, cause consolidated with 2006–1703, *Hutchings v. Childress,* Delaware App. No. 05CAE05–031, 2006-Ohio-3925.

**2006–2196. State v. Patterson.**
Tuscarawas App. No. 06AP080044. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LANZINGER and CUPP, JJ., dissent.

**2006–2198. State v. Hall.**
Butler App. No. CA2005–08–217, 2006-Ohio-4206. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–2203. State v. Bindus.**
Cuyahoga App. No. 87812. On motion for leave to file delayed appeal. Motion denied.

**2006–2224. State v. Wickard.**
Hancock App. No. 5–05–30, 2006-Ohio-6088. On motion for stay of enforcement of sentence pending appeal. Motion denied.
LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2006–2235. State v. Pena.**
Franklin App. No. 03AP–174, 2004-Ohio-350. On motion for leave to file delayed appeal. Motion denied.

**2006–2262. State v. Cover.**
Henry App. No. 7–05–12. On motion for leave to file delayed appeal. Motion denied.